IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-20371

---

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

TARLETHA DIANE REED                    Defendant-Appellant.

---

Appeal from the United States District Court
For the Southern District of Texas
(H-96-CR-0229-3)

---

January 23, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM, and DeMOSS, Circuit
Judges.

PER CURIAM:[*]

Reed challenges her sentence on the grounds that she was
entitled to discovery at sentencing and that the Mandatory Victim
Restitution Act is unconstitutional. Reed's arguments are without
merit. The judgment of the district court is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.